Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH CONTRERAS a/k/a ELIZABETH J. CONTRERAS, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>RESURGENT CAPITAL SERVICE, L.P., LVNV FUNDING LLC<br><br>Defendant(s).<br>_____/ | No. CV 12 1092 NC<br><br>**NOTICE OF DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)(A)** |

On or about March 5, 2012, Plaintiff commenced this action on behalf of herself and a putative class.

Defendant has not entered an appearance, or filed an answer or summary judgment motion.

Plaintiff has not moved for class certification, the case has not received any publicity, and counsel is not aware of any putative class members who have relied upon this action.

Based on the foregoing Plaintiff dismisses this action with prejudice as to herself; without prejudice to the putative class.

Dated: 3/23/ 2012          THE BERG LAW GROUP

                           By:      /s/
                               Irving L. Berg
                               Attorney for Plaintiff

NOTICE OF DISMISSAL OF ACTION                                  CONTRERAS V. RESURGENT CAPITAL
                           1                                   SERVICES, et al. CASE NO. CV 12-1092